IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROSETTA MAY DINKINS,

        Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security

        Defendant.

CV 08-856-KI

ORDER

Based upon the Stipulation of the parties, it is hereby

ORDERED that attorney fees in the amount of $7,499.99 are hereby awarded to plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

Dated: May 5th, 2010.

/s/ Garr M. King
Hon. Garr M. King
United States District Judge

PRESENTED BY:

s/ Richard A. Sly
RICHARD A. SLY
OSB #63074
(503) 224-0436
Of Attorneys for Plaintiff